US District Court Central District of Illinois

STEVEN D LISLE JR #R40159 ) Case No. _____
      Plaintiff ) Jury Trial Requested
  v
P. SMITH ) Complaint
    Defendant )

## Jurisdiction & Venue

This is a Civil Action Authorized By 42 U.S.C Section 1983 To Redress The Deprivation, under Color of State law, of Rights Secured By The Constitution Of The United States, The Court Has Jurisdiction Under 28 U.S.C. Section 1331 and 1343(a)(3) Plaintiff Seeks Declaratory Relief Pursuant To 28 U.S.C. Section 2201 and 2202, Plaintiff's claims for Injunctive Relief Are Authorized By 28 U.S.C. Section 2283 & 2284 And Rule 65 of The Federal Rules of Civil Procedure. The Central District Is An Appropriate Venue Under 28 U.S.C. Section 1391(b)(2) Because It Is Where The Events Giving Rise To This Claim Occured.

II. ## Plaintiffs

Plaintiff, Steven D Lisle Jr., Is And Was At All Times Mentioned Here In A Prisoner of The State Of Illinois In The Custody of The Illinois Department of Corrections He Is currently Confined In Pontiac, In Pontiac Illinois.

    Defendants    Position/Title

P. Smith - officer ) Sergio - Officer ) Foster - officer ) Frazier - officer ) Susan Prentince - Major ) Luitenet - Dorsey ) Micheal Melvin - Warden )

Address: Po Box 99 Pontiac IL 61764 Each defendants listed above is sued individually and in his or her Official Capacity at all times

III. mentioned in this Complaint Each defendant Acted under color of law. ## Litigation History

See Exhibit 1

IV.                    FACTS

On 11-7-17 Plaintiff Went To A Legal Call. Upon Completing Legal Call Officers (Foster)(P-Smith)(Frazier) Came to take Plaintiff Back To His Cell Located On 3# Gallery. Upon Walking Up The Stairs To 3# Gallery Officer P-Smith And Foster Rushed Plaintiff From Behind Slamming Plaintiff Into The Wall. P-Smith And Foster Then Began Punching Plaintiff In The Ribs And Back Area And In The Back Of His Head. Officers Then Took Plaintiff To The Holding Cage. (Frazier) And Foster Then Forced Plaintiff On His Knee's, Plaintiff Hands Was Cuff Behind His Back And Had His Legs Cuffed In Shackles. Plaintiff Then Stated To (Susan Prentince) That Her Officers Just Assualted Plaintiff Prentince Stated So What And That She Dont Care! Frazier And Foster Then Used A Ancient "Slavery" Technique By Ripping Plaintiff Prison Uniform Off His Body Then Foster Pulled Down Plaintiff Boxers Then Slip His finger Inside Plaintiff Anus Sexually Assualting Him Then Frazier "Taunted" Plaintiff While He Was Naket And Began "Laughing" Telling Plaintiff To Open His Mouth Wide Shining His Flash Light In Plaintiff Face Stating This Assualt And Strip Search Is For Me Filing A Lawsuit Against Him And Orange Crush Unit. Plaintiff Was Then Forced To Walk Down The Gallery In His Boxers And No Other Clothing Inmates Then laughed About Seeing Plaintiff Ass Crack Due To Officers Had Plaintiff Bent over Walking Him Down The Gallery In a pair of Boxers And No Other Clothing Plaintiff Was Taunted By Inmates Who Saw Plaintiff Ass Crack Officers Also walk Plaintiff Barefooted
   <u>See Exhibit 2</u>   Officers (Sergio)(P-Smith)(Foster)

2

Then put plaintiff In cell 137 As plaintiff Got on his knees officer P-smith Then kick Plaintiff In The Back knocking plaintiff On His Face Officer Sergio Then Started Stumping plaintiff In The Ribs And Head Officer Foster Then started Punching Plaintiff In His Back Area And Head Area Then Kick plaintiff In The Back of His Head And Back And Rib Area. All officers Started "Laughing" Stating How Did Plaintiff Like That Ass whoping while officer (Frazier) And (Luitnet Dorsey) Watch officers Beat Plaintiff They Both Laughed Dorsey Was Also present When P-smith And Foster First Assaulted Plaintiff By 3# Gallery stairs. Officers Frazier, Sergio, P-smith, Foster Dorsey Put Plaintiff In The Cell With No Bed No Covers No Hygeine Plaintiff Was Placed In The cell Naket Only With A Pair of Boxers For 48# Hours Which caused Plaintiff To Freeze And Be Cold Back Pain For Having no Bed sleeping on Steel And smell Dirty Do To Having No Hygiene. Inmates Witness And Heard Officers Assaulting Plaintiff Officers Denied Plaintiff Medical Care After He Requested medical Attention And To File A Prea See Exhibits 2-5 Plaintiff Informed His Attorney what Happened And Ask Her To Inform The States Attorney Office See Exhibit 6 Plaintiff Also Informed Prea Director Dewight Fondren How Defendants Strip Search Him Mr. Fondren Stated Defendants actions were Illegal Plaintiff will Call Fondren as a Expert witness Plaintiff also state All facts In Complaint Are True And Correct See Exhibit 9 . All Defendants were Lisble Where P-smith, Foster, Sergio Used Excessive Force And Frazier, Foster Sexually Assaulted Plaintiff Prentince Denied plaintiff Medical relref And turned A Blind Eye To Being Made Aware officers Assaulted Plaintiff Dorsey For Turing A Blind Eye To Officers Assaulting Plaintiff And Laughing At officers Assault Plaintiff Which constituted

3

A violation of Plaintiff Eighth Amendment And Fourth Amendment Excessive Force Cruel And Unusual Punishment Deliberate Indifference To Serious Medical Needs Conditions of Confinement Unreasonable Search And Seizure Invasion of Bodily Privacy. Plaintiff Informed Prentince That he wanted Medical Care And To file A Prea And Denied plaintiff medical Assistance. Plaintiff Filed A Emergency Grievance Warden (Micheal Melvin) Denied plaintiff Grievance As Non Emergency Where His Grievance Was A Emergency Where Plaintiff Was Assualted And sexual Assualted This Made Melvin Liable Where Plaintiff Was Assualted See Exhibit 1.

V.  **Exhaustion of Legal Remedies**

Plaintiff Steven DLisle JR Used The Prisoner Grievance Procedure Available At Pontiac Correctional Center To Try And Solve The Problem On 1-16-17 Warden Melvin Denied Plaintiff Grievance as no emergency Plaintiff then Appealed timely To Arb See Exhibit 7-8.

VI  **Legal Claims**

Plaintiffs Reallege And InCorporate By Reference Paragraphs 1-7 The Deliberate Indifference To Serious Medical Needs, Invasion Of Bodily Privacy, Excessive Force, Sexual Assualt, Violate Plaintiff Steven DLisle JR Rights And Constituted Cruel And Unusual Punishment, Unreasonable Search, And Seizure Violation Under The Eighth, Fourth Amendment of The United States Constitution. The Plaintiff Has No Plain Adequate or Complete Remedy At law To Redress The Wrongs Described Here In Plaintiff Has Been And will Continue To Be Irreparably Injured By The Conduct of The Defendants unless This

4

Court Grants The Declaratory And Injunctive Relief which plaintiff seeks

VII. **Prayer For Relief**

Wherefore Plaintiff Respectfully Prays That This Court Enter Judgment Granting Plaintiff. A Declaration That The Acts And Omissions. Described here In Violated Plaintiffs Rights Under The Constitution And Laws of The United States. A preliminary And Permanent Injunction Ordering Defendants Named In Complaint To (1) To stop strip searches By male officers. (2) Order Pontiac Correctional Center To Permanently Place x-ray machines In Each Cell House For strip search Purposes. **Compensatory Damages** In The Amount of 10,000,000$ Million Against Each Defendant Jointly And Severally **Punitive Damges** In The Amount of 10,000,000$ Million Against Each Defendant. A Jury Trial on all Issues Triable By Jury Plaintiff Cost In This Suit Any Additional Relief This Court Deems Just Proper And Equitable Date 12- -17 Respectfully submitted Steven Dliske Jr R70159 PoBox PoBox Pontiac IL 61764

**Verification**

I have read the foregoing complaint and here by verify that the matters alleged therein are true except as to matters alleged on information belief And as to those I believe them to be true I certify under penalty of perjury that the foregoing is true and correct Executed at Pontiac Illinois on 12- -17

*[signature]*
Steven DLiske JR

# Exhibits

1. Litigation history
2. Affidavit
3. Affidavit
4. Affidavit
5. Affidavit
6. Attorney letter
7. Grievance
8. Grievance response
9. Affidavit

## Litigation History

A. Have you brought any other law suits in State or Federal Court dealing with the same facts involved in this case? Yes ☐  No ☒

B. Have you brought any other law suits in federal Court while incarcerated? Yes ☒  No ☐

C. If your answer to B is yes, how many? 13  Describe the law suit below

### Name of Case, Court and Docket Number

1. Lisle v Butler Case No 16cv422 Basic Claim made: Eighth amendment violation; Failure To provide medical care where plaintiff swalled a Razor on 6-17-16 Disposition: Pending

2. Lisle v Baldwin Case No 17cv1488 Basic Claim made: Eighth And Fourteenth Amendment violation Safe and Humane Conditions in Confinement, Defendants Official Capacity For Failure To Recognize long Term Segregation Makes Serious mentally Ill Inmates Deteriorate Disposition: Pending

3. Lisle v Fike Case No 17cv1335 Basic Claim made: Eighth Amendment violation Excessive Force on 7-21-16 Conditions of Confinement; Deliberate Indifference To serious medical Needs Disposition: Pending

4. Lisle v Ruskin Case No 17cv1530 Basic Claim made: Eighth, Fourth, Fourteenth Amendment violation: Discrimination, Excessive Force, sexual Assault, Deliberate Indifference To serious medical needs on 5-17-17 Disposition: Pending

5. Lisle v Prentince Case No17cv327 Basic Claim made: Eighth Amendment violation. Failure To Protect and Deliberate Indifference in feburary of 2016 Plaintiff was assualted by cellmate Disposition: Pending

6. Lisle v Baldwin case No 17cv1158 Basic Claim made: Eighth Amendment violation Failed To Treat And Intentionally misdiagnosed, Deliberate Indifference To serious medical needs in Defendants Official capacity Disposition: Pending

7. Lisle v Melvin Case No 17cv1336 Basic Claim made: Eighth Fourth, Fourteenth violations: Discrimination, Excessive Force, Sexual Assault, on March / 2017 Disposition: Pending

1 of 2

8. Lisle v Foster Case No 17-cv-01506
Basic claim made N-A Plaintiff Never Filed 1983 in this complaint Disposition: Dismissed

9. Lisle v Hadsall Case No 17 cv 1354 Basic Claim Made: Eighth Amendment violation: Conditions of Confinement Exccessive Heat in plaintiff Cell in June of 2016 Disposition: Pending

10. Lisle v Prentince Case No 17-cv1507 Basic Claim made: Fourth, Fourteenth Amendment violation: Unreasonable search and seizure. Retaliation Dueprocess depriving plaintiff of property without percedural due process on 5-24-17 Disposition: Pending

11. Lisle v Butler Case No 16cv421 Basic claim made: Eighth Amendment violation Exccessive force used to take plaintiff DNA on January of 2015 Disposition: Pending

12. Lisle v Butler Case No 15865 Basic Claim made: Eighth and Fourteenth Amendment violation Conditions of Confinement, Procedura/due process Deliberate indifference of Serious medical needs during the year of 2014 Disposition Pending

13. Lisle v Mirsky Case No 16cv4212 Basic claim made: Eighth and Fourteenth Amendment Violation. Exccessive Force, Deliberate Indifference to serious medical ness Failure to train in 2015 Disposition: Pending

| STATE OF ILLINOIS | ) |
|---|---|
| COUNTY OF Livingston | ) |

## AFFIDAVIT

I **Anthony Brown** #Y-14079 do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

That I witness officers Frazier) Foster) P-Smith) Drag inmate Lisle down the gallery barefooted and naked only with a pair of boxers I also saw Lisle private parts exposed his ass checks showing inmates started laughing yelling look at his ass. Next officers Foster) P-Smith) Sergie) entered Lisle cell and began assualting him I heard punches and officers boots kicking Lisle and all officers state you like this ass whoopen kick him some more officer Frazier and Luitenet Dorsey stated yeah thats a good ass whoopen yall putting on him I heard Lisle yell to me that they beaten him "help" and ask for medical care and a pres all officers stated Lisle aint got shit coming I saw officers ~~about to~~ smiling after assualting Lisle. Lisle was in a cell with no bed blanket property or hygiene only a pair of boxers for over 48 hours. Frazier then stated next time you file a lawsuit against the orangecrush we will kill you. this happened on the 7th of November

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __9__ day of __November__ 2017

_____Anthony Brown_____
Affiant

STATE OF ILLINOIS )  Exhibit
                  )   3
COUNTY OF         )
Livingston

## AFFIDAVIT

I, Brandale Blackburn #M54199, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

That I witness officers Frazier, Foster, P-smith, Drag inmate Lisle down the gallery bare footed and naked only with a pair of Boxers I also saw Lisle private parts exposed his ass cheeks showing inmates started laughing yelling look at his ass next officers Foster, P-smith, Sergie, entered Lisle cell and began assualting him I heard punches and officers boots kicking Lisle and all officer state you like this Ass whoopen kick him some more officer Frazier and Lutenet Dorsey stated yeah thats a good Ass whoopen yall putting on him I heard Lisle yell to me that their beaten him "help" and ask for medical care and a preq all officers stated Lisle aint get shit coming I saw officers smiling after assualting Lisle Lisle was in a cell with no bed blanket propery or hygine only a pair of boxers for over 48 hours Frazier stated next time you file a lawsuit against the orange crush we will kill you this happened on the 7th of november 2017

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 9 day of November 2017

Brandale Blackburn M54199
Affiant

STATE OF ILLINOIS )
COUNTY OF Livingston )

## AFFIDAVIT

I Deshunte Henderson - M54653 do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

On the 7th of November I was attack by multiple officers and beat down by officers who stated to me the next time they will kill me for filing a lawsuit against the orange crush tact team who sexually assaulted me and used excessive force on 3-1-17 against Lisle and multiple inmates. I'm am being threating and assualted by officers for telling what orange crush did to me. I saw Frazier, Foster walk pass Lisle cell and state the next ass whopppen they give him is going be worser stop filing lawsuits this was on about 10th of November

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 9 day of November 2017

Deshunte Henderson M54653
Affiant

Exhibit 5

STATE OF ILLINOIS    )
                     )
COUNTY OF            )
Livingston

## AFFIDAVIT

I Marlon Billops #K04496 do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

That I witness officers Frazier, Foster, P-smith, Drag inmate Lisle down the gallery bare footed and naked only with a pair of Boxers I also saw Lisle private parts exposed his asscheeks showing inmates Started laughing yelling look at his ass Next officers Foster, P-smith, Sergie, entered Lisle cell and began assaulting him I heard punches and officers boots kicking Lisle and all officer state you like this Asswhoopen kick him some more officer Frazier and Lutent Dorsey stated yeah thats a good Asswhoopen yall putting on him I heard Lisle yell to me that their beaten him "help" and ask for medical care and a preq all officers stated Lisle aint got shit coming I saw officers smiling after assaulting Lisle Lisle was in a cell with no bed blanket property or hygiene only a pair of boxers for over 48 hours Frazier stated next time you file lawsuit against the orangecrush we will kill you this happened on the 7th of november 2017

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 9 day of November 2017

_____
Affiant

Exhibit 6

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601.1692

TELEPHONE: +1.312.782.3939 • FACSIMILE: +1.312.782.8585

DIRECT NUMBER: (312) 269-4109
ABRATHWAITE@JONESDAY.COM

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE

November 9, 2017

Steven D. Lisle, Jr.
IDOC #R40159
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764

Re:   **Recent Assault and Legal Documents**

Dear Mr. Lisle:

  Thank you for our call yesterday to discuss documents the Defendants have requested in your case (*Lisle v. Mirsky, et al.*).  During the call, you mentioned an assault you endured on Tuesday, November 7 after returning from a legal call, in which four correctional officers assaulted you, leaving you with bruises on your shoulders, arms, and legs.  You informed me that the officers punched and struck you in the stairwell while a lieutenant and major stood idly by, conducted a strip search of your body, and then placed you in a segregation-type cell with no bed or mattress and only clothed in your boxers.  You identified this procedure as a "48-hour strip out," during which they confiscated your property, including your legal property.

  Unfortunately, this event is largely outside the scope of our representation, as we discussed earlier today.  At your request, however, we have communicated the details of this assault to the Assistant Attorney General and counsel for medical defendants in the case in which we represent you.  We have requested follow-up from the Assistant Attorney General, and alerted counsel that we are unable to respond to their requests for documents unless and until your legal documents are returned to you.  As we also discussed, to the extent you intend to pursue any legal remedy with respect to the events of November 7, you will do so on your own, which could include but may not be limited to following the applicable grievance process and otherwise pursuing internal administrative remedies, once you have access to the required forms again.

  With respect to your case, please let us know when your legal documents have been returned to you, and send us any remaining documents you may have related to this case (including any information you received on the medications you were prescribed).  Until then, we will keep you updated on how the discovery is going, which the court has extended until January 31, 2018.

NAI-1503183504v1

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| | | | |
|---|---|---|---|
| Date: 11-16-17 | Offender: (Please Print) Steven D Lisle JR | | ID#: R40159 |
| Present Facility: Pontiac | | Facility where grievance issue occurred: Pontiac | |

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [x] Other (specify): Retaliation, Sexual Assault
- [ ] Disciplinary Report: ___/___/___ Date of Report  Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 11-7-17 Lisle went to a scheduled legal call upon finishing legal call officers Foster-Frazier-P-Smith came to get Lisle out of cage as Lisle was being escorted back to 3rd gallery P-Smith and Foster rushed Lisle into the wall and began pushing Lisle head into the wall and punching Lisle in the head and back area and in the ribs Then officers put Lisle in the holding cage and conducted a "Force" strip search and Frazier ripe Lisle clothes off of him then his Boxers At this time officer Foster or P Smith was ripping Lisle Boxers off from the back and his thumb went into Lisle Ass Crack

**Relief Requested:** Transfer to Stateville Correction Center officers fired 7,000,000 Compensatory damage Mental health Counseling Put Cameras by stairs going up to 3 gallery If wardens fail to remove officers away from Lisle and they assault Lisle again failure to protect 7,000,000 compensatory damage

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature _____ ID# R40159  Date 11-16-17

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name _____  Counselor's Signature _____  Date of Response ___/___/___

---

**EMERGENCY REVIEW**

Date Received: 11/20/17  Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED NOV 27 2017 ADMINISTRATIVE REVIEW BOARD

Chief Administrative Officer's Signature _____  Date 11/20/17

Distribution: Master File; Offender   Page 1   DOC 0046 (8/2012)
Printed on Recycled Paper

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE** (Continued)

this was sexual assualt then officers drag Lisle down the gallery backwards in his boxers inmates began "taunting" Lisle saying look at his ass crack. then officers Foster P-smith Sergio entered Lisle cell N137 and began to kick Lisle in the back and stomp and punched Lisle officers beat Lisle officer Frazier watch and Luitenet Dorsey watch officers beat Lisle officers laughed about how they beat Lisle officer Frazier had stated to Lisle while strip searching him that this was for him filing a lawsuit against him and the orange crush unit and the lawsuit wasn't going any where after Lisle stated to Suswan Prentince that your going to let your officers beat on me and sexual assualt me Prentince stated I dont give a fuck Lisle stated I will be suing you too! This was cruel and unusual punishment officers denied Lisle medical care and to file a prea major Prentince allowed officers to put Lisle in a cell with no Bed no Blanket no hygiene no covers naket only in boxers This was cruel and unusual punishment conditions of confinement This violated my US Const 8th 4th 5th 14th Amendment search and seizer deliberate indifference to serious medical needs due process and equal protection of laws

The wardens Melvin, Tkenndy, Emily are liable if they dont remove officers away from Lisle or transfer Lisle to a different cell house or prison if officers attack Lisle again this is failure to protect Lisle from harm or retilitation of Lisle for filing grievance against officers.

8 exhibit

To Saraha Johnson 11-20-17

Appeal to ARB

RECEIVED
NOV 27 2017
ADMINISTRATIVE
REVIEW BOARD

Warden stated grievance as no emergency on 11-20-17

Lisle appeals warden decision as grievance is emergency

were I was physical Beat By officers

who still work in the same cellhouse as me

and I was sexually assualted in the cage by officers

See video fotage of North house cage

Steven D Jr      request
Lisle R46159     ~~cage~~ video fotage
PO Box 99        Be saved
Pontiac IL       as evidence in court for 1983
61764

STATE OF ILLINOIS )
COUNTY OF Livingston )

# AFFIDAVIT

I Steven D Lisle JR R40159 do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

~~God is love too and~~ ~~Disease is the~~
~~nomenclature of the~~ ~~pursuant to Rule 65(a) of the Federal Rules of civil procedure~~
State All facts mentioned in complsint are true and correct.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 10 day of December 2017

_____
Affiant