Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**Steven D. Lisle, Jr.,** )
)
    **Plaintiff,** )
)
        vs. )   Case Number: 17-CV-1577
)
**Patrick Smith, Zachary Sereg, Levi** )
**Foster, Anton Frazier, Susan Prentice,** )
**Paul Thorson,** )
)
    **Defendant.** )

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's case against the defendants is dismissed with each party to bear their own costs.

**Dated: 4/22/2019**

                                          s/ Shig Yasunaga
                                          Shig Yasunaga
                                          Clerk, U.S. District Court